IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC.

        Plaintiffs,

v.

MYLAN PHARMACEUTICALS INC. and,
MATRIX LABORATORIES LIMITED,

        Defendants.

C.A. No. 11-cv-269-LPS

## DEFENDANTS' MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF SHANNON M. BLOODWORTH AND DAVID J. HARTH

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Shannon Bloodworth and David J. Harth of Perkins Coie LLP to represent defendants: Mylan, Pharmaceuticals Inc., and Matrix Laboratories Limited. Payment in the amount of $50.00 has been submitted to the Clerk's office upon the filing of this motion.

PROCTOR HEYMAN LLP

*/s/ Samuel T. Hirzel*
Neal C. Belgam (#2721)
nbelgam@proctorheyman.com
Samuel T. Hirzel (#4415)
shirzel@proctorheyman.com
Meghan A. Adams (#4981)
madams@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300
Attorneys for Defendants Mylan Pharmaceuticals Inc., Matrix Laboratories Limited.

Of Counsel:

Shannon M. Bloodworth
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2003
(202) 628-6600

David J. Harth
Perkins Coie LLP
1 East Main Street, Suite 201
Madison, WI 53703
(608) 663-7460


Dated: April 5, 2011