**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PFIZER INC. | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 11-cv-269-LPS |
| | : |
| MYLAN PHARMACEUTICALS INC. and, | : |
| MATRIX LABORATORIES LIMITED, | : |
| and MYLAN INC. | : |
| Defendants. | : |

## RULE 7.1.1 CERTIFICATE

The undersigned certifies that movants have made reasonable efforts to reach agreement with the opposing parties concerning the matters set forth in Defendants' Motion for a Preliminary Injunction.

PROCTOR HEYMAN LLP

*/s/ Samuel T. Hirzel*
Neal C. Belgam (#2721)
nbelgam@proctorheyman.com
Samuel T. Hirzel (#4415)
shirzel@proctorheyman.com
Meghan A. Adams (#4981)
madams@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300
Attorneys for Defendants Mylan Pharmaceuticals Inc., Matrix Laboratories Limited and Mylan Inc.

OF COUNSEL:

PERKINS COIE LLP
Shannon M. Bloodworth
SBloodworth@perkinscoie.com
700 13th Street
Washington, DC 20005-3960
(202) 654-6204


PERKINS COIE LLP
David J. Harth
DHarth@perkinscoie.com
1 East Main Street, Suite 201
Madison, WI 53703
(608) 663-7460

DATED:  April 14, 2011