**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PFIZER INC. | : |
| | : |
|       Plaintiffs, | : |
| | : |
|     v. | :    C.A. No. 11-cv-269-LPS |
| | : |
| MYLAN PHARMACEUTICALS INC. and, | : |
| MATRIX LABORATORIES LIMITED, | : |
| and MYLAN INC. | : |
|       Defendants. | : |

<u>RULE 7.1(a) DISCLOSURE STATEMENT FOR
MYLAN PHARMACEUTICALS INC. AND MATRIX LABORATORIES LTD.</u>

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Mylan Inc. states that it is a publicly held corporation and that no parent corporation or publicly held corporation owns more than 10 percent of its stock.  Defendant Mylan Pharmaceuticals Inc. states that it is a wholly owned subsidiary of Mylan Inc.

    Defendant Matrix Laboratories Ltd. states that it is a publicly held corporation and that a majority of its stock is held by MP Laboratories (Mauritius) Ltd., which is itself a wholly owned subsidiary of Mylan Inc.  No other publicly held corporation or parent company owns more than 10 percent of the stock of Matrix Laboratories Ltd.

                                        PROCTOR HEYMAN LLP

                                        */s/ Samuel T. Hirzel*
                                        Neal C. Belgam (#2721)
                                        nbelgam@proctorheyman.com
                                        Samuel T. Hirzel (#4415)
                                        shirzel@proctorheyman.com
                                        Meghan A. Adams (#4981)
                                        madams@proctorheyman.com
                                        1116 West Street
                                        Wilmington, DE 19801
                                        (302) 472-7300
                                        Attorneys for Defendants Mylan Pharmaceuticals
                                        Inc., Matrix Laboratories Limited. and Mylan Inc.

OF COUNSEL:

PERKINS COIE LLP

Shannon M. Bloodworth
SBloodworth@perkinscoie.com
700 13th Street
Washington, DC 20005-3960
(202) 654-6204


PERKINS COIE LLP

David J. Harth
DHarth@perkinscoie.com
1 East Main Street, Suite 201
Madison, WI 53703
(608) 663-7460

DATED:  April 14, 2011